### 8898. MINOR *et al. v.* HULL, administratrix.

LUKE, J. 1. Suit may be instituted against the heirs of an estate, where the estate has been distributed to them without notice of an existing debt, and the creditor may compel them to contribute pro rata to the payment of his debt. Civil Code (1910), § 3998. Such suit does not necessarily have to be instituted in a court of equity, but may be instituted in a court of law. *Jones* v. *Parker,* 55 *Ga.* 11; *Jones* v. *Parker,* 60 *Ga.* 500. Therefore the city court of Atlanta was not without jurisdiction to hear, determine, and render judgment in this case.

2. The court did not err in overruling the demurrers of the defendants.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur*

DECIDED JANUARY 22.—REHEARING DENIED JANUARY 31, 1918.

Complaint; from city court of Atlanta—Judge Reid. April 21, 1917.

*Gober & Jackson, W. I. Heyward,* for plaintiffs in error.
*A. H. Davis,* contra.

---

### 8902. DOCTOR SHOOP'S LABORATORIES *v.* DAVIS.

JENKINS, J. 1. Documents introduced in evidence on the hearing before the trial judge must be incorporated in the bill of exceptions seeking to review his judgment, or attached thereto as exhibits, duly and properly identified, or be embraced in an approved brief of evidence and brought up as record. Civil Code (1910), §§ 6140, 6141; *Anderson* v. *Anderson,* 124 *Ga.* 147 (52 S. E. 161); *Sayer* v. *Brown,* 119 *Ga.* 539 (46 S. E. 649); *Griffis* v. *Baxter,* 119 *Ga.* 612 (46 S. E. 840); *Eubank* v. *Eastman,* 120 *Ga.* 1048 (48 S. E. 426).

2. "Where there is no brief of evidence at all, and documentary evidence is merely referred to in the bill of exceptions, this court can consider the same only so far as the contents of the documents are disclosed by the recitals in the bill of exceptions." *Hancock* v. *McNatt,* 116 *Ga.* 297 (42 S. E. 525), and cases there cited.

3. The bill of exceptions in this case does not sufficiently show the character of the documentary evidence introduced on the trial below to enable this court to determine whether or not the judgment excepted to was erroneous.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*

DECIDED JANUARY 22, 1918.

Action upon bond; from Whitfield superior court—Judge Tarver. April 14, 1917.

*Glenn & House, A. L. Henson,* for plaintiff.
*W. C. Martin, W. E. Mann,* for defendant.